IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **RENATA SALONS, PLLC, et al.,** | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:21-cv-00640-P |
| **SENTINEL INSURANCE COMPANY, LTD.,** | § § § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58. In accordance with the Order dismissing the case (ECF No. 14):

It is **ORDERED, ADJUDGED, and DECREED** that this civil action is **DISMISSED with PREJUDICE**.

The Clerk shall transmit a true copy of this Final Judgment to the parties.

**SO ORDERED** on this **10th day** of **September, 2021**.

_Mark T. Pittman_
Mark T. Pittman
UNITED STATES DISTRICT JUDGE